UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et ano.*,

Defendants.

Case No. 21 Civ. 462 (JPO)

**STIPULATION AND [PROPOSED] CONSENT ORDER FURTHER STAYING THE PROCEEDING**

WHEREAS, on or about January 19, 2021, the State of New York, State of California, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Maryland, Commonwealth of Massachusetts, People of the State of Michigan, State of Minnesota, State of New Jersey, State of New Mexico, State of North Carolina, State of Oregon, Commonwealth of Pennsylvania, State of Vermont, State of Washington, State of Wisconsin, King County Washington, City of Chicago, and City of New York (collectively, "Plaintiffs") filed a complaint in the above-captioned matter (the "Complaint") against the United States Environmental Protection Agency and Michael S. Regan, as Administrator of the United States Environmental Protection Agency[1] (collectively, "Defendants" or "EPA");

WHEREAS, the Complaint seeks, *inter alia*, a declaration that the final rule entitled "Strengthening Transparency in Pivotal Science Underlying Significant Regulatory Actions and Influential Scientific Information," 86 Fed. Reg. 469 (Jan. 6, 2021) ("Final Rule"), is in excess of

[1] Administrator Michael S. Regan is automatically substituted in place of former Administrator Andrew R. Wheeler pursuant to Fed. R. Civ. P. 25(d).

EPA's statutory jurisdiction, authority, or limitations; is not in accordance with law; and is arbitrary and capricious; and vacatur of the Final Rule;

WHEREAS, on February 1, 2021, the United States District Court for the District of Montana ordered that the "Final Rule is hereby vacated and remanded to the Environmental Protection Agency," *Envt'l Def. Fund v. U.S. EPA*, No. 4:21-cv-00003-BMM, Docket No. 38 (D. Mont. Feb. 1, 2021), at 2 (the "Montana Order");

WHEREAS, EPA is evaluating appropriate next steps in light of the Montana Order with respect to the above-captioned action, which raises similar claims and seeks substantially the same relief;

WHEREAS, on February 25, 2021, this Court entered a Stipulation and Consent Order Staying the Proceeding for sixty days until April 26, 2021, Dkt. No. 29;

WHEREAS, on April 7, 2021, EPA submitted a proposed final rule entitled "Strengthening Transparency in Pivotal Science Underlying Significant Regulatory Actions and Influential Scientific Information; Vacatur Rule" to the Office of Information and Regulatory Affairs ("OIRA") of the Office of Management and Budget for review pursuant to Executive Order 12,866 (Sept. 30, 1993), where it remains pending; and

WHEREAS, the parties agree that a further stay of this matter is appropriate to permit OIRA to complete such review, and to evaluate the effect on this case of EPA's subsequent regulatory action, and it is within the Court's broad discretion to stay proceedings and defer judicial review, *see Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between parties, and the Court hereby ORDERS that:

1. All proceedings in this case, including the deadline to answer or otherwise respond to the complaint, are hereby stayed for an additional thirty (30) days from April 26, 2021, to May 26, 2021.

2. The parties are directed to submit a status letter within 30 days of the entry of this order outlining a proposal for how this matter will proceed.

3. The terms of this Stipulation and Consent Order shall become effective upon its entry by the Court. If the Stipulation and Consent Order is not approved and entered by the Court, it shall be null and void, with no force or effect.

4. This Stipulation and Consent Order may be signed in counterparts, each of which constitutes an original and all of which constitute one and the same document. Facsimiles and/or PDFs of signatures shall have the same force and effect as original signatures and constitute acceptable, binding signatures for purposes of the Stipulation and Consent Order.

Dated: New York, New York
April 26, 2021

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

*/s/ Gavin G. McCabe*

GAVIN G. McCABE
Assistant Attorney General
ASHLEY GREGOR
Special Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8479
gavin.mccabe@ag.ny.gov

Dated: New York, New York
April 26, 2021

AUDREY STRAUSS
United States Attorney
Southern District of New York
*Attorney for Defendants*

By: s/ Anthony J. Sun[2]

ANTHONY J. SUN
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, New York 10007
(212) 637-2810
anthony.sun@usdoj.gov

[2] Counsel for Defendants represents that the other parties listed in signature blocks on this stipulation and proposed order consent to this filing in accordance with S.D.N.Y. ECF Rule 8.5(b).

FOR THE STATE OF NEW JERSEY

GURBIR S. GREWAL
Attorney General

*/s/ Lisa J. Morelli*
LISA J. MORELLI*
ELSPETH FAIMAN HANS
Deputy Attorneys General
New Jersey Division of Law
25 Market Street
Trenton, NJ 08625
(609) 376-2745
Lisa.Morelli@law.njoag.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

*/s/ Jill Lacedonia*
JILL LACEDONIA
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General

ROBERT W. BYRNE
EDWARD H. OCHOA
Senior Assistant Attorneys General

*/s/ David A. Zonana*
DAVID A. ZONANA
SARAH MORRISON
MYUNG J. PARK
Supervising Deputy Attorneys General
MEREDITH J. HANKINS
COREY M. MOFFAT
JONATHAN WIENER
Deputy Attorneys General
1515 Clay Street
Oakland, CA 94612
(510) 879-1248
David.Zonana@doj.ca.gov

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
Attorney General

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT†
Director, Impact Litigation
VALERIE S. EDGE†
Deputy Attorney Generals
Delaware Department of Justice
102 W. Water Street
Dover, DE 19904
(302) 257-3219
Christian.Wright@delaware.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

*/s/ Daniel I. Rottenberg*
DANIEL I. ROTTENBERG†
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/Asbestos
Litigation Division
Office of the Attorney General
69 W. Washington Street, 18th Floor
Chicago, IL 60602
(312) 814-3816
DRottenberg@atg.state.il.us


FOR THE PEOPLE OF
THE STATE OF MICHIGAN

DANA NESSEL
Attorney General

*/s/ Gillian E. Wener*
GILLIAN E. WENER
Assistant Attorney General
Michigan Department of Attorney General
Environment, Natural Resources, &
Agriculture Division
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
wenerg@michigan.gov

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General

*/s/ Jonathan Bolton*
JONATHAN BOLTON
Assistant Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8551
Jonathan.Bolton@maine.gov


FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

*/s/ Joshua M. Segal*
JOSHUA M. SEGAL*
Special Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6446
jsegal@oag.state.md.us


FOR THE COMMONWEALTH
OF MASSACHUSETTS

MAURA HEALEY
Attorney General

*/s/ Turner H. Smith*
TURNER H. SMITH*
Assistant Attorney General
Environmental Protection Division
Office of Attorney General Maura Healey
One Ashburton Place
Boston, MA  02108
(617) 963-2782
turner.smith@mass.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General

*/s/ Leigh K. Currie*
LEIGH K. CURRIE†
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 900
Saint Paul, MN 55101
(651) 757-1291
leigh.currie@ag.state.mn.us

FOR THE STATE OF NEW MEXICO

HECTOR BALDERAS
Attorney General of New Mexico

*/s/ William Grantham*
WILLIAM GRANTHAM*
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
(505) 717-3520
wgrantham@nmag.gov

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

*/s/ Steve Novick*
STEVE NOVICK†
PAUL GARRAHAN†
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4593
Paul.Garrahan@doj.state.or.us

FOR THE STATE OF NORTH CAROLINA

JOSHUA H. STEIN
Attorney General
DANIEL S. HIRSCHMAN
Senior Deputy Attorney General

*/s/ Taylor H. Crabtree*
TAYLOR H. CRABTREE*
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NY 27602
(919) 716-6600
tcrabtree@ncdoj.gov

FOR THE COMMONWEALTH
OF PENNSYLVANIA

JOSH SHAPIRO
Attorney General
MICHAEL J. FISCHER
Chief Deputy Attorney General

*/s/ Aimee D. Thomson*
AIMEE D. THOMSON
Deputy Attorney General
ANN JOHNSTON
Senior Deputy Attorney General
Impact Litigation Section
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
athomson@attorneygeneral.gov

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

*/s/ Jill S. Abrams*
JILL S. ABRAMS
NICHOLAS F. PERSAMPIERI
Assistant Attorneys General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jill.abrams@vermont.gov

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

*/s/ Elizabeth Harris*
ELIZABETH HARRIS
Assistant Attorney General
Washington Attorney General's Office
Environmental Protection Division
800 5th Avenue, Suite 2000 TB-14
Seattle, WA 98104
(206) 233-3391
Elizabeth.Harris@atg.wa.gov

FOR THE COUNTY OF KING, WASHINGTON

DANIEL T. SATTERBERG
Prosecuting Attorney

*/s/Jennifer Stacy*
JENNIFER STACY*
Senior Deputy Prosecuting Attorney
King County Courthouse
516 Third Avenue, W400
Seattle, WA 98104
(206) 477-1167
Jennifer.Stacy@kingcounty.gov

FOR THE STATE OF WISCONSIN

JOSHUA L. KAUL
Attorney General

*/s/ Bradley J. Motl*
BRADLEY J. MOTL[†]
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707
(608) 267-0505
motlbj@doj.state.wi.us

FOR THE CITY OF CHICAGO

CELIA MEZA
Acting Corporation Counsel

*/s/Bradley G. Wilson*
BRADLEY G. WILSON
Assistant Corporation Counsel
BENNA RUTH SOLOMON
Deputy Corporation Counsel
City of Chicago Department of Law
2 N. LaSalle Street, Suite 580
Chicago, IL 60602
(312) 744-7764
Bradley.Wilson@cityofchicago.org

FOR THE CITY OF NEW YORK

JAMES E. JOHNSON
Corporation Counsel

/s/ *Hilary Meltzer*
HILARY MELTZER
Chief, Environmental Law Division
SHIVA PRAKASH
Assistant Corporation Counsel
Environmental Law Division
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2319
shprakas@law.nyc.gov

FOR THE CITY OF LOS ANGELES

MICHAEL N. FEUER
Los Angeles City Attorney

*/s/ Michael J. Bostrom*
MICHAEL J. BOSTROM†
Managing Assistant City Attorney
200 N. Spring Street, 14th Floor
Los Angeles, CA 90012
(213) 978-1867
michael.bostrom@lacity.org

**Pro Hac Vice applications pending or to be submitted*
†Admitted *Pro Hac Vice*

SO ORDERED:

______________________________
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
_____________, 2021